| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Louise Encinias_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): LOUISE ENCINIAS  C. Date of Delivery: 1/16/24 |
| 1. Article Addressed to:<br>Klotar Ecom LLC<br>c/o Registered agent<br>Republic registered agent<br>8206 Louisiana Blvd Suite A<br>Albuquerque NM 87113 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 8571 3244 7234 97 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1020 8877 91 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053  1:24cv57 | Domestic Return Receipt |

USPS TRACKING #

9590 9402 8571 3244 7234 97

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Clerk of Court
U.S. District Court for
Northern District of Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113